UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE TYRELL ARMSTRONG,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CINDY LOPEZ, *et. al*,<br><br>　　　　　　　　　　Defendant. | Case No. 25-cv-02207-BAS-BJW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF No. 2)** |

　　Plaintiff Archie Tyrell Armstrong, an inmate at the Centinela State Prison proceeding pro se, has filed a civil complaint against Defendants (ECF No. 1) together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) (ECF No. 2).

　　The request to proceed in forma pauperis is denied because Plaintiff has not provided the Court with sufficient information to determine Plaintiff's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. *See* Fed. R. Civ. P. 3(a)(2); CivLR 3.2. Petitioner has failed to provide the Court with the required Certificate.

　　**IT IS SO ORDERED.**

**DATED: November 12, 2025**

　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　**Hon. Cynthia Bashant, Chief Judge**
　　　　　　　　　　　　　　　　　　　　**United States District Court**

- 1 -

25cv2207